STATE of Missouri, Respondent,

v.

**James Lee FREEBERSYSER,**
**Appellant.**

**No. WD 36402.**

Missouri Court of Appeals,
Western District.

July 9, 1985.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Leah A. Murray, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Defendant appeals from a jury trial conviction of stealing over one hundred fifty dollars, § 570.030, RSMo Cum.Supp.1984, and sentence as a persistent offender to a five year term of imprisonment.

Judgment affirmed. Rule 30.25(b).